THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ZWEIBEL, Appellant. — Judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered June 4, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Gulotta, Brown and Niehoff, JJ., concur.